PATSY JEWELL VAN BUSKIRK, Plaintiff-Appellee, *v.* STEPHEN TUCKER VAN BUSKIRK, Defendant-Appellant.

(Nos. 72-211, 72-369 cons.;

Second District—June 4, 1974.

648

Opinion by Mr. PRESIDING JUSTICE T. MORAN.

Harry Schaffner and Frank V. Ariano, both of Elgin, for appellant.

Roy S. Lasswell, of Batavia, for appellee.